ESTATE OF OLIVER, APPELLANT, *v.* DEWEY ET AL.; LIBERTY
MUTUAL FIRE INSURANCE COMPANY, APPELLEE.

[Cite as *Estate of Oliver v. Dewey* (2001), 93 Ohio St.3d 1231.]

(No. 00–2123—Submitted October 31, 2001—Decided December 12, 2001.)

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG
STRATTON, JJ., concur.

*Joseph L. Coticchia,* for appellant.

*Reid, Berry, Marshall & Wargo, Timothy T. Reid* and *P. Kohl Schneider,* for
appellee.